UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| CHEZ WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05-cv-481 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| YVONN ROSE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Date: September 30, 2005              /s/ Robert Holmes Bell
                                      Robert Holmes Bell
                                      Chief United States District Judge
                                      for
                                      Wendell A. Miles
                                      Senior United States District Judge